## BREWER v. NEW ENGLAND MORTGAGE SECURITY COMPANY.

BECK, P. J. Under the evidence submitted at the trial of this case, and that adduced as newly discovered evidence, the court did not err in granting a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
No. 167. NOVEMBER 17, 1917.

Equitable petition. Before Judge Bartlett. Polk superior court. December 18, 1916.

*G. R. Hutchens, W. H. Terrell,* and *Bunn & Trawick,* for plaintiff. *W. E. Simmons,* and *W. W. Mundy,* for defendant.